FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,             )
                           )
v.                         )   2:10-CR-606-LDG (RJJ)
                           )
JAE HO KIM,                )
                           )
    Defendant.             )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 10, 2012, defendant JAE HO KIM pled guilty to Counts One through Three of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Traffic in Counterfeit Goods, in violation of Title 18, United States Code, Section 2320(a) and Title 18, United States Code, Section 371, and in Counts Two and Three with Trafficking in Counterfeit Goods, in violation of Title 18, United States Code, Section 2320. Docket #18.

This Court finds defendant JAE HO KIM agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. #18.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum and the offenses to which defendant JAE HO KIM pled guilty. #18.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2323(b)(1) and (a)(1)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title

28, United States Code, Section 2461(c), a specified unlawful activity as defined in Title 18, United States Code, Section 1956, or a conspiracy to commit such offense:

a. 177 Louis Vuitton Handbags;
b. One (1) Louis Vuitton Dufflebag;
c. Seven (7) Louis Vuitton Belts;
d. 85 Louis Vuitton Wallets;
e. One (1) Louis Vuitton Briefcase;
f. One (1) Louis Vuitton Cellphone Holder;
g. One (1) Louis Vuitton Day Planner;
h. One (1) Louis Vuitton Garment Bag;
i. Two (2) Louis Vuitton Watches;
j. 44 Gucci Handbags;
k. Five (5) Gucci Sun Visors;
l. Six (6) Gucci Belts;
m. Three (3) Gucci Sunglasses;
n. 64 Gucci Wallets;
o. One (1) Louis Vuitton Sun Visor;
p. One (1) Louis Vuitton Coin Purse;
q. Two (2) Juicy Couture Purses;
r. Three (3) Prada Handbags;
s. One (1) Chanel Necklace;
t. 22 Chanel Earrings;
u. One (1) Chanel Chain Belt;
v. Five (5) Chanel Keychains;
w. One (1) Chanel Emblem;
x. 14 Rolex Watches;

| | | |
|---|---|---|
| 1 | y. | Seven (7) Dooney and Burke Handbags; |
| 2 | z. | Three (3) Chanel Berets; |
| 3 | aa. | Ten (10) Burberry Handbags; |
| 4 | bb. | Three (3) Fendi Handbags; |
| 5 | cc. | Three (3) Burberry Wallets; |
| 6 | dd. | Four (4) Burberry Sunglasses; |
| 7 | ee. | 27 Chanel Handbags; |
| 8 | ff. | Two (2) Chanel Briefcases; |
| 9 | gg. | One (1) Fendi Wallet; |
| 10 | hh. | One (1) Omega Watch; |
| 11 | ii. | One (1) Prada Wallet; |
| 12 | jj. | One (1) Dolce & Gabana Wallet; |
| 13 | kk. | One (1) Channel Watch; |
| 14 | ll. | One (1) Cartier Watch; |
| 15 | mm. | 27 Chanel Coin Purses; |
| 16 | nn. | 14 Chanel Wallets; |
| 17 | oo. | 78 Coach Handbags; |
| 18 | pp. | 16 Coach Coin Purses; |
| 19 | qq. | 40 Coach Wallets; |
| 20 | rr. | One (1) pair of Chanel Sunglasses; |
| 21 | ss. | One (1) Marc Jacobs Handbag; |
| 22 | tt. | Two (2) Diva Belts; |
| 23 | uu. | Three (3) Bebe Belts; |
| 24 | vv. | Three (3) Dior Sunglasses; |
| 25 | ww. | Two (2) Louis Vuitton Umbrella; |
| 26 | xx. | 16 Prada Handbags; |

| | | |
|---|---|---|
| 1 | yy. | Five (5) Gucci Handbags; |
| 2 | zz. | 18 Louis Vuitton Handbags; |
| 3 | aaa. | One (1) Dior Handbag; |
| 4 | bbb. | One (1) D&G Handbag; |
| 5 | ccc. | One (1) Dior Coin Purse; |
| 6 | ddd. | Three (3) Chanel Suspenders; |
| 7 | eee. | One (1) Dior Belt; |
| 8 | fff. | One (1) Versace Wallet; |
| 9 | ggg. | Nine (9) Louis Vuitton Watches; |
| 10 | hhh. | One (1) Rolex; |
| 11 | iii. | 97 Chanel Watches; |
| 12 | jjj. | Four (4) Burberry Watches; |
| 13 | kkk. | 31 Miscellaneous Emblems; |
| 14 | lll. | 52 Chanel Keychains; |
| 15 | mmm. | One (1) Chanel Chain Belt; |
| 16 | nnn. | Seven (7) Chanel Earrings; |
| 17 | ooo. | One (1) pair of Chanel Sunglasses; |
| 18 | ppp. | One (1) pair of Prada Sunglasses; |
| 19 | qqq. | One (1) pair of Cartier Sunglasses; |
| 20 | rrr. | 12 Gucci Sunglasses; |
| 21 | sss. | Five (5) Louis Vuitton Wallets; |
| 22 | ttt. | Three (3) Chanel Handbags; |
| 23 | uuu. | Two (2) Dooney and Burke Handbags; |
| 24 | vvv. | Two (2) Fendi Handbags; |
| 25 | www. | Six (6) D&B Handbags; |
| 26 | xxx. | Three (3) Juicy Couture Handbags; |

| | | |
|---|---|---|
| 1 | yyy. | Three (3) Burberry Handbags; |
| 2 | zzz. | 177 Gucci Handbags; |
| 3 | aaaa. | 4 Fendi Handbags; |
| 4 | bbbb. | 48 Prada Handbags; |
| 5 | cccc. | 97 Chanel Handbags; |
| 6 | dddd. | 17 Prada Wallets; |
| 7 | eeee. | 97 Coach Handbags; |
| 8 | ffff. | Three (3) Coach Hats; |
| 9 | gggg. | Four (4) Coach Wallets; |
| 10 | hhhh. | 239 Louis Vuitton Handbags; |
| 11 | iiii. | Three (3) Louis Vuitton Shoes; |
| 12 | jjjj. | Eight (8) Louis Vuitton Belts; |
| 13 | kkkk. | 11 Louis Vuitton Wallets; |
| 14 | llll. | One (1) Louis Vuitton Carry Case; |
| 15 | mmmm. | Two (2) Louis Vuitton Dufflebags; |
| 16 | nnnn. | One (1) Prada Dufflebag; |
| 17 | oooo. | Ten (10) Dior Handbags; |
| 18 | pppp. | 18 Gucci Hats; |
| 19 | qqqq. | Seven (7) Gucci Wallets; |
| 20 | rrrr. | Two (2) Gucci Belts; |
| 21 | ssss. | One (1) Dior Coin Purse; |
| 22 | tttt. | Seven (7) Fendi Wallets; |
| 23 | uuuu. | One (1) Louis Vuitton Day Planner; |
| 24 | vvvv. | 15 Chanel Wallets; |
| 25 | wwww. | Four (4) Louis Vuitton Umbrellas; and |
| 26 | xxxx. | One (1) Rivet Driver ("property"). |

1      This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.
3      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.
5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   JAE HO KIM in the aforementioned property is forfeited and is vested in the United States of
7   America and shall be safely held by the United States of America until further order of the Court.
8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12  the name and contact information for the government attorney to be served with the petition,
13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
15  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18  following address at the time of filing:
19      Michael A. Humphreys
        Assistant United States Attorney
20      Daniel D. Hollingsworth
        Assistant United States Attorney
21      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
22      Las Vegas, Nevada 89101.
23  . . .
24  . . .
25  . . .
26  . . .

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5     DATED this __10__ day of __Feb.__, 2012.

_____
UNITED STATES DISTRICT JUDGE